## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF TEXAS

Cause No: **3-21-CV-1658-S**

Joe Hunsinger
 Plaintiff

v.

HIGHLAND PARK INVESTMENT PARTNERS LLC. etal
Defendant



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 20 2021
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

# MOTION TO DISMISS WITH PREJUDICE

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

August, 11 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

NORTH TEXAS TX P&DC
DALLAS TX 750
12 AUG 2021 PM 5 L

AUG 20 2021

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217